UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

TIN CROSS VINEYARDS, LLC,                                      No. 14-11160

                Debtor(s).
_____/

Memorandum re Form of Order
_____

      The court's approval of the order entered in this administratively consolidated case on October 22, 2014, Docket Number 81, was made due to the court's mistake and neglect. The order was signed in violation of B.L.R. 6004-1(d), which requires the court to identify with specificity each and every lien and interest to be sold free and clear of. Likewise, B.L.R. 6006-1(a) requires specificity as to rejected executory contracts.

      To the extent it is ever proper to issue an order precluding unknown future plaintiffs from asserting successor liability, it is not appropriate in this case and was not intended by the court.

      The court apologizes to any party inconvenienced by the court's lack of diligence in reviewing the October 22 order before signing it.

Dated: October 24, 2014

                                                              Alan Jaroslovsky
                                                             Chief Bankruptcy Judge